UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EL WILLIAMS,

Plaintiff,

v.

WALMART INC. et al.,

Defendants.

CASE NO. 2:26-cv-02890-JNW

ORDER GRANTING PLAINTIFF'S MOTION FOR SERVICE BY U.S. MARSHAL

On October 19, 2026, Plaintiff El Williams filed forms titled "Process Receipt and Return" asking the United States Marshals Service to serve the three Defendants in this case: Walmart Inc., Walmart Spark Delivery, and Phillip Lindenhovius. Dkt. Nos. 8, 8-1, 8-2. The Court construes these filings as a motion for service by the Marshal Service. Williams is proceeding in forma pauperis. Dkt. No. 3.

Federal Rule of Civil Procedure 4(c)(3) requires the Court to order marshal service when requested by a plaintiff proceeding in forma pauperis under 28 U.S.C. § 1915. As the Ninth Circuit explained in *Boudette v. Barnette*, 923 F.2d 754, 757 (9th Cir. 1991), "[a]n IFP plaintiff must request that the marshal serve his

complaint before the marshal will be responsible for such service." Section 1915(d) reinforces this framework by directing that "[t]he officers of the court shall issue and serve all process" in IFP cases. 28 U.S.C.§ 1915(d).

Williams has requested service, so the Court GRANTS her motion.

But the Court will first attempt service through the more efficient waiver process under Rule 4(d). If Defendants fail to waive service, the Court will then direct marshal service as originally requested.

Thus, the Court finds the request proper and GRANTS the motion. The Court ORDERS as follows:

1. **Service by Clerk**. The Clerk is directed to send the following to Defendants by first class mail: (a) a copy of the complaint, (b) a copy of this Order, (c) two copies of the notice of lawsuit and request for waiver of service of summons, (d) two copies of the waiver form, and (e) a return envelope, postage prepaid, addressed to the Clerk's Office. Williams provides the following addresses: Walmart Inc., CT Corporation System, 711 Capitol Way S., Ste. 204, Olympia, WA 98501; Walmart Spark Delivery/Delivery Drivers, Inc., CT Corporation System, 711 Capitol Way S., Ste. 204, Olympia, WA 98501; and Phillip Lindenhovius, Walmart Store #3801, 8713 64th St. NW, Marysville, WA 98270.

2. **Response required**. Defendants will have THIRTY (30) days to return the enclosed waiver. A defendant who timely returns the signed waiver will have SIXTY (60) days after the date designated on the notice of lawsuit to file and serve an answer to the complaint or a motion permitted

under Federal Rule of Civil Procedure 12. A defendant who fails to timely return the signed waiver will be personally served with a summons and complaint, and may have to pay the full costs of such service. *See* Fed. R. Civ. P. 4(d)(2).

Dated this 21st day of October, 2026.

Jamal N. Whitehead
United States District Judge